# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

John J. Jackson
3734 W. Wisconsin Ad
Milwaukee WI 53208
(414) 839-7127

(Full Name of Plaintiff or Plaintiffs)

vs

Harley-Davidson Inc
3700 W. Juneau Ave
Milwaukee WI 53208
(414) 342-4680

(Full Name of Defendant or Defendants)

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2013 MAY 16 P 1:45

JON W. SANFILIPPO
CLERK

Case No. 13-C-0553
(Supplied by Clerk)

## COMPLAINT

### I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court relating to the same occurrence involved in this action?
☐ YES   ☒ NO

B. Have you begun other lawsuits in state or federal court?
☐ YES   ☒ NO

C. If your answer to A or B was YES, provide the requested information below. If there is more than one lawsuit, describe each additional one on a separate sheet of paper, using the same outline.

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court in which lawsuit brought (if federal court, name district: if state court, name the county)

Reviewed 02/2013

3. Docket number _____

4. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending)?
_____
_____

5. Approximate date of filing lawsuit _____

6. Approximate date of disposition _____

## II. PARTIES

A. Your name (PLAINTIFF) John Jermaine Jackson

B. Your Address and Phone Number 3734 W. Wisconsin Ave
(414) 839-7127   Milwaukee WI 53208
(If there is more than one plaintiff, use the margin for extra space if you need it. List the address only if it is different from the address listed above).

C. DEFENDANT (name) Harley-Davidson Inc

D. Defendants address 3700 W. Juneau Ave
Milwaukee WI 53208

E. Additional DEFENDANTS (names and addresses) Global Communication Inc
400 E Sliver Spring Dr.
Milwaukee WI 53217
Coca-Cola Enterprises
11800 W. Brown Deer Rd
Milw WIS 53224

## III. STATEMENT OF CLAIM (follow instructions carefully)

State briefly as possible the essential facts of your case. Tell what each defendant did to you that caused you to file this suit against them. If you are complaining about more than one wrong, use a separate **numbered** paragraph for each wrong, and describe each wrong in that paragraph and only that paragraph. State only the facts. *Do not give any legal theories or arguments, do not cite any cases or statutes. Do not feel you have to use all the space.* USE NO MORE THAN THE SPACE PROVIDED. THE COURT STRONGLY DISAPPROVES OF STATING CLAIMS OUTSIDE THE SPACE PROVIDED.

Begin statement of claim: The Products such Business sell/use Color/Names For Gain is own/claim By Law as my only to use/sell For Gain as of 4-24-13 which Falls under Intellectual Property. Under State falls under chapter 132 or Fed falls Under Code Title 35 which is what Im felling under Civil. It has been open doors to Business here in the USA And Noone seen them so I took the first step to claiming such for Gain Business up to Date Did Not follow all Due Process of sealing There Business from other Business from Gaining money off of what they sell my Business Loyalty is INC. Claim such and close Doors so None what happen to me which is what these Now face a fine each day for since 4-24-13 when my Business was started. John J. [signature]

Colors/Names are being use for Gain money wise without written permission from me Also the use of communication my Business has not been over a year so there for yet has file for Taxs.

Thank you

I own my own Business started from home.

## STATEMENT OF CLAIM-Continued

I own the right to communication / products you sell in your business for ~~money I's loss~~ For that I have not been recieving any money to use such also names you have been using is also taking money from my business due to I wish to use it/them in other ways to improve my business

All (3) business I wrote in Clom. face the same ascue.

## STATEMENT OF CLAIM-Continued

END STATEMENT OF CLAIM

## IV. RELIEF YOU REQUEST

State exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. DO NOT USE THIS SPACE TO STATE THE FACTS OF YOUR CLAIM. USE IT ONLY TO REQUEST REMEDIES FOR THE INJURIES YOU COMPLAIN ABOUT. Use only the space provided. The court strongly disapproves of requesting remedies outside the space provided.

For each Business to pay the fine set by me John Jackson, who own such Business Loyalty S. INC. Fine $47 million each by 48 hrs from this sent and such contact me before any money gain do to such or fine or such $50 million each month till deal n sign & clear if such does not then I request jury be set auto to stand up for my business.

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __05__ day of __16__ __2013__.

John S Jackson
Loyalty J. INC
3734 W. Wisconsin Ave
Milwaukee WIS 53208
(Signature of Plaintiff(s))

Reviewed 02/2013